```
ELIZABETH MCNULTY (SBN 192455)
Email: emcnulty@efstriallaw.com
CHRISTINE D. REYNOLDS (SBN 265566)
Email: creynolds@efstriallaw.com
JOSHUA D. COOLS (SBN 319531)
Email: jcools@efstriallaw.com
EVANS FEARS & SCHUTTERT LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660
Telephone: (949) 339-5026
Facsimile: (949) 966-0706


Attorneys for Defendant
SPROUT FOODS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLIAN DAVIDSON and SAMUEL DAVIDSON, on behalf of themselves and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPROUT FOODS, INC.,<br><br>Defendant. | Case No. 3:22-cv-01050-RS<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT** |

TO THIS HONORABLE COURT,

Pursuant to Local Rule 6-2, Plaintiffs GILLIAN and SAMUEL DAVIDSON ("Plaintiffs") and Defendant SPROUT FOODS, INC. ("Defendant") (collectively "the Parties"), and through their respective attorneys of record, respectfully submit this Stipulation and Proposed Order to continue the Initial Case Management Conference:

WHEREAS, Defendant's Motion to Dismiss is scheduled for hearing on July 14, 2022 at 1:30 p.m.;

WHEREAS, the Initial Case Management Conference in this matter is scheduled for June 23, 2022 at 1:30 p.m.;

WHEREAS, having the hearings consolidated to the single later date will conserve judicial resources and those of the Parties and will allow the Court to hear all pending matters on the same day and time;

WHEREAS, Defendant's counsel has a scheduling conflict with the current Initial Case Management Conference setting;

WHEREAS, the Court has not otherwise entered a scheduling order and there are no other deadlines currently scheduled;

WHEREAS, the Parties agree that the deadlines set forth below are reasonable under the circumstances and will not impact the schedule for the case;

THEREFORE, the Parties hereby stipulate to continue the Initial Case Management Conference to August 18, 2022 at 10:00 am. All parties shall appear by videoconference using log-in instructions the Court will provide in advance.

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated: June 14, 2022

_____
Hon. Richard Seeborg

Respectfully submitted by:

Dated: June 14, 2022     EVANS FEARS & SCHUTTERT LLP

By: */s/ Elizabeth V. McNulty*
Elizabeth V. McNulty
Christine Diaz Reynolds
Joshua D. Cools
Attorneys for Defendant
SPROUT FOODS, INC.

Dated: June 14, 2022     GUTRIDE SAFIER LLP

By: */s/ Hayley A. Reynolds*
Hayley A. Reynolds
Marie Ann McCrary
Seth Adam Safier
Attorneys for Plaintiff
GILLIAN AND SAMUEL DAVIDSON