**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILLIAN DAVIDSON and SAMUEL DAVIDSON, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>SPROUT FOODS, INC.,<br><br>    Defendant. | Case No. 3:22-cv-01050-RS<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

Notice is hereby given that, pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 2107(a), Plaintiffs Gillian Davidson and Samuel Davidson appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order (Dkt. No. 43), filed October 21, 2022.

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), a Representation Statement is attached as Exhibit A.

Respectfully submitted this 25th day of October 2022.

**GUTRIDE SAFIER LLP**

*/s/Seth A. Safier/s/*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

Dated: October 25, 2022

**GUTRIDE SAFIER LLP**

*/s/Seth Safier/s/*
Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
 marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
 hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

# EXHIBIT A

# REPRESENTATION STATEMENT

In accordance with the Federal Rule of Appellate Procedure 12(b) and the Ninth Circuit Rule 3-2(b), the following list represents all parties to the action and, upon information and belief, their respective counsel by name, address, telephone number, and email address.

| Party | Counsel of Record |
|---|---|
| Plaintiffs-Appellants<br>Gillian Davidson and Samuel Davidson | **GUTRIDE SAFIER LLP**<br>Seth A. Safier (State Bar No. 197427)<br>  seth@gutridesafier.com<br>Marie A. McCrary (State Bar No. 262670)<br>  marie@gutridesafier.com<br>Hayley A. Reynolds (State Bar No. 306427)<br>  hayley@gutridesafier.com<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111<br>Telephone: (415) 639-9090<br>Facsimile:  (415) 449-6469 |
| Defendant-Appellee<br>Sprout Foods, Inc. | **EVANS FEARS & SCHUTTERT LLP**<br>Elizabeth McNulty (State Bar No. 192455)<br>  emcnulty@efstriallaw.com<br>Christine D. Reynolds (State Bar No. 265566)<br>  creynolds@efstriallaw.com<br>Joshua D. Cools (State Bar No. 319531)<br>  jcools@efstriallaw.com<br>4440 Von Karman Avenue, Suite 250<br>Newport Beach, CA 92260<br>Telephone: (949) 339-5026<br>Facsimile:  (949) 966-0706 |

Respectfully submitted this 25th day of October 2022.

**GUTRIDE SAFIER LLP**

*/s/Seth Safier/s/*
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*