**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Hayley A. Reynolds (State Bar No. 306427)
  hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLIAN DAVIDSON and SAMUEL DAVIDSON, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPROUT FOODS, INC.,<br><br>Defendant. | CASE NO. 22-cv-01050-RS<br><br>**STIPULATION TO JUDGMENT AND REQUEST FOR ENTRY OF JUDGMENT** |

1    Plaintiffs Gillian Davidson and Samuel Davidson ("Plaintiffs") and Defendant Sprout

2    Foods, Inc. ("Defendant") (together, the "Parties"), stipulate and agree as follows:

3        WHEREAS, this Court entered an order granting Defendant's Motion to Dismiss

4    Plaintiffs' First Amended Complaint on October 21, 2022 (ECF 43) (the "Order");

5        WHEREAS, in the Order, the Court granted leave to amend certain claims within 21 days

6    of the filing of the Order (ECF 43 at 8);

7        WHEREAS, Plaintiffs did not amend the complaint within the 21 days provided by the

8    Order;

9        WHEREAS, Plaintiffs filed a notice of appeal on October 25, 2022 (ECF 44);

10       WHEREAS, on December 9, 2022, the Ninth Circuit entered an order to show cause

11   before December 30, 2022, why the appeal should not be dismissed for lack of appellate

12   jurisdiction, explaining that a dismissal that grants leave to amend is not a final appealable order

13   until the district court enters judgment (*see Davidson et al. v. Sprout Foods, Inc.*, Case No. 22-

14   ap-16656, Dkt. No. 6 (9th Cir. Dec. 9, 2022);

15       WHEREAS, Plaintiffs request this Court enter a judgment prior to December 30, 2022

16   to allow Plaintiffs to proceed with their appeal;

17       WHEREAS, Defendant agreed to this request;

18       THEREFORE, THE PARTIES AGREE AND STIPULATE TO a request for an order

19   granting this Stipulation and entering the corresponding judgment.

20

21       [Signatures on next page.]

22   //

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION RE ENTRY OF JUDGMENT – CASE NO. 3:22-cv-01050-RS

Dated: December 19, 2022


/s/Hayley Reynolds
**GUTRIDE SAFIER LLP**
Seth A. Safier (Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (Bar No. 262670)
marie@gutridesafier.com
Hayley A. Reynolds (SBN 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (515) 449-6469

Attorneys for Plaintiffs Gillian Davidson
and Samuel Davidson.

/s/Joshua Cools[1]
**EVANS FEARS & SCHUTTERT LLP**
Elizabeth V. Mcnulty (SBN 192455)
emcnulty@efstriallaw.com
Christine D. Reynolds (SBN 265566)
creynolds@efstriallaw.com
Joshua D. Cools (SBN 319531)
jcools@efstriallaw.com
4440 Von Karman Avenue, Suite 250
Newport Beach, CA 92660
Telephone: (949) 339-5026
Facsimile: (949) 966-0706

Attorneys for Defendant Sprout Foods Inc.


    Before the Court is the Stipulation to Judgment and Request for Entry of Judgment

between Plaintiffs Gillian Davidson and Samuel Davidson and Defendant Sprout, Inc. The Court

has considered the stipulation and is otherwise fully informed.  The Stipulation is hereby

GRANTED and the Court will enter Judgment.



 Dated:



_____
                    Honorable Richard Seeborg

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), I, Hayley Reynolds, hereby attest that concurrence in the filing of this document has been obtained from Joshua Cools, counsel for Defendant.

STIPULATION RE ENTRY OF JUDGMENT – CASE NO. 3:22-cv-01050-RS