1
2
3
4
5
6                    UNITED STATES DISTRICT COURT FOR THE

7                       NORTHERN DISTRICT OF CALIFORNIA

8  GILLIAN DAVIDSON and SAMUEL            CASE NO. 22-cv-01050-RS
   DAVIDSON, as individuals, on behalf of
9  themselves, the general public, and those
   similarly situated,                    **JUDGMENT**
10
                        Plaintiffs,
11
12         v.

13 SPROUT FOODS, INC.,

14                      Defendant.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the October 21, 2022 order granting Defendant Sprout Foods, Inc.'s motion to dismiss, and the December 19, 2022 stipulation of the parties to enter judgment, judgment is hereby entered against plaintiffs and in favor of defendant.

**IT IS SO ORDERED.**

Dated:  12/19/2022

_____
Honorable Richard Seeborg