FILED

JAN 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GILLIAN DAVIDSON; SAMUEL DAVIDSON, as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>             Plaintiffs-Appellants,<br><br> v.<br><br>SPROUT FOODS, INC.,<br><br>             Defendant-Appellee. | No. 22-16656<br><br>D.C. No. 3:22-cv-01050-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The record and the responses to this court's December 9, 2022, order to show cause reflect that the district court entered final judgment on December 19, 2022. The order to show cause is therefore discharged and briefing in this appeal will proceed.

The opening brief and excerpts of record are due February 21, 2023. The answering brief is due March 23, 2023. The optional reply brief is due within 21 days after service of the answering brief.

LCC/MOATT