**FILED**

JUL 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GILLIAN DAVIDSON; SAMUEL DAVIDSON, , as individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>SPROUT FOODS, INC.,<br><br>Defendant-Appellee. | No.   22-16656<br><br>D.C. No. 3:22-cv-01050-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SCHROEDER, COLLINS, and DESAI, Circuit Judges.

The Unopposed Motion for an Extension of Time until August 16, 2024, to file a Petition for Rehearing and/or Rehearing En Banc, Docket No. 46, is **GRANTED.**