# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

November 26, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

**R E C E I V E D**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 0 2 2024

FILED
DOCKETED_____
DATE
INITIAL

Re: Sprout Foods, Inc.
v. Gillian Davidson, et al.
Application No. 24A510
(Your No. 22-16656)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on November 26, 2024, extended the time to and including January 8, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely.

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Lee Allen Mickus
Evans Fears Schuttert McNulty Mickus
3900 E Mexico Avenue, Suite 820
Denver, CO 80210


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526