# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 13, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Sprout Foods, Inc.
            v. Gillian Davidson, et al.
           No. 24-737
           (Your No. 22-16656)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 8, 2025 and placed on the docket January 13, 2025 as No. 24-737.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst