UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILLIAN DAVIDSON, et al.,

    Plaintiffs,

v.

SPROUT FOODS INC.,

    Defendant.

Case No. 22-cv-01050-RS

**ORDER VACATING JUDGMENT IN PART, REOPENING CASE, AND SETTING SCHEDULE**

On June 28, 2024, the Ninth Circuit entered a ruling affirming in part and reversing in part the judgment entered in this case on December 19, 2022. *See* Dkt. No. 51. The panel then issued its mandate under Rule 41(a) of the Federal Rules of Appellate Procedure on April 23, 2025. Dkt. No. 59. Based on the Ninth Circuit's remand, this action is reopened and the final judgment in favor of appellee, Dkt. No. 49, is vacated in part as to Plaintiff Gillian Davidson's Sherman Act and unjust enrichment claims. A status conference is set for May 15, 2025.

**IT IS SO ORDERED**.

Dated: April 23, 2025

                              RICHARD SEEBORG
                              Chief United States District Judge